UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21-CR-24-MOC

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| STEVIE LYNN BARDWIL, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court on Defendant's Motion for Extension of Time to Report to BOP. (Doc. No. 27). Defendant seeks a delay of 30 days to report to the BOP.

Defendant's Motion for Extension of Time to Report to BOP, (Doc. No. 27), is **GRANTED**, and Defendant shall have until December 9, 2022, in which to report to BOP.

**IT IS SO ORDERED**.

Signed: November 1, 2022



Max O. Cogburn Jr
United States District Judge

1