UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21-CR-24-MOC

| UNITED STATES OF AMERICA | ) |
|---|---|
| | ) |
| vs. | ) |
| | ) |
| STEVIE LYNN BARDWIL, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

**THIS MATTER** is before the Court on Defendant's Motion for Extension of Time to Report to the Bureau of Prisons ("BOP"). (Doc. No. 30). Defendant seeks an extension up to December 30, 2022, to report to the BOP.

Defendant's Motion for Extension of Time to Report to BOP, (Doc. No. 30), is **GRANTED**, and Defendant shall have until December 30, 2022, in which to report to BOP.

**IT IS SO ORDERED**.

Signed: December 2, 2022



Max O. Cogburn Jr
United States District Judge

1