UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21-CR-24-MOC-DSC-1

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | |
| Vs. | ) | ORDER |
| **STEVIE LYNN BARDWIL,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's pro se motion for sentence reduction under Amendment 821 of the United States Sentencing Guidelines. (Doc. Nos. 40, 41). Because Defendant is ineligible for sentence reduction under Amendment 821, the Court will deny Defendant's motion.

Amendment 821 made two changes to chapter 4 of the Sentencing Guidelines related to a defendant's criminal history. See U.S.S.G. amend. 821. The Sentencing Commission has made Part A and Part B, Subpart 1, of Amendment 821 retroactively applicable, authorizing eligible defendants to seek a discretionary sentence reduction under 18 U.S.C. § 3582(c)(2). U.S.S.G. amend. 825; see U.S.S.G. § 1B1.10(d).

Part A of the amendment alters Sentencing Guidelines § 4A1.1 to strike the two status points previously assessed under § 4A1.1(d) for defendants who committed their offense while under any criminal justice sentence, including probation, parole, supervised release, imprisonment, work release, or escape status. Id. pt. A. Part A adds a new subsection (e) that adds one criminal-history point for any defendant who receives 7 or more points and who committed his offense while under any criminal justice sentence as described above. Id.

Part B, Subpart 1, of Amendment 821 adds a new guideline provision to chapter four, U.S.S.G. § 4C1.1. This new guideline authorizes a two-offense-level decrease for certain defendants who have zero criminal history points. U.S.S.G. amend. 821 pt. B.

Defendant did not commit her offense while under a criminal justice sentence. Nor was she assessed zero criminal history points. (Doc. No. 13). Consequently, Defendant is ineligible for sentence reduction under Amendment 821, and her motion must be denied.

## ORDER

**IT IS, THEREFORE, ORDERED** that Defendant's motion for sentence reduction under Amendment 821 of the United States Sentencing Guidelines (Doc. No. 40) is **DENIED**.

Max O. Cogburn Jr.
United States District Judge

Signed: February 21, 2024